4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **BEVERLY LASOURD** | § § § | |
| **Plaintiff,** | § § | |
| v. | § | CIVIL ACTION NO. B-04-067 |
| **TARGET STORES AND TRACY CASTILLO** | § § § § | |
| **Defendants.** | § | |

### DEFENDANTS' TARGET STORES AND TRACY CASTILLO CERTIFICATE OF INTERESTED PARTIES

Now come Defendants, Target Stores, Inc. and Tracy Castillo, and file this Certificate of Interested Parties.

The following persons and/or entities have a financial interest in the outcome of this litigation:

1. Beverly Lasourd, Plaintiff;

2. Target Stores, Inc., Defendant;

3. Tracy Castillo, Defendant.

Dated: April 28, 2004

Respectfully submitted,

[signature]

OF COUNSEL:
BRACEWELL & PATTERSON, L.L.P.

Robert S. Nichols
Attorney-in-Charge
State Bar No. 15006400
Southern District of Texas Bar No.17118
2000 One Shoreline Plaza - South Tower
800 N. Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone No.: (361) 882-6644
Telecopier No.: (361) 882-6659

**ATTORNEY FOR DEFENDANTS TARGET STORES AND TRACY CASTILLO**

Corpus Christi\669148.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants Target Stores and Tracy Castillo Certificate of Interested Parties has been sent by certified mail, return receipt requested, on this 28th day of April, 2004, to the following:

Miguel Salinas
LAW OFFICE OF MIGUEL SALINAS
803 Old Port Isabel Rd.
Brownsville, Texas 78521

Robert S. Nichols