United States District Court
Southern District of Texas
FILED

JUN 0 1 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BEVERLY LASOURD,<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-04-067 |
| TARGET STORES AND<br>TRACY CASTILLO,<br>*Defendants.* | §<br>§<br>§<br>§ | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN

TO THE HONORABLE JUDGE OF SAID COURT:

Now come Plaintiff, Beverly Lasourd, and Defendants, Target Stores and Tracy Castillo, and file this their Discovery/Case Management Plan pursuant to this Court's Order Setting Conference.

1. State whether and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.

   **Plaintiff's counsel, Miguel Salinas, and counsel for Defendants, Target Stores and Tracy Castillo, Robert S. Nichols, conducted the Rule 26(f) meeting on May 24, 2004.**

2. List the cases related to this one that are pending in any federal court with the case number and court.

   **None.**

3. Specify the allegation of federal jurisdiction

   **Defendants assert that diversity question jurisdiction exists under 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332.**

4. Name the parties who disagree and the reasons.

   **None.**

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

**None.**

6. List anticipated interventions.

   **None.**

7. Describe class-action issues.

   **None.**

8. State whether each party represents that it has made initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   **Plaintiff and Defendant have agreed that they will make initial disclosures within 30 days of the filing of this plan.**

9. Describe the proposed agreed discovery plan, including:

   A.   Responses to all matters raised in Rule 26(f).

   **Plaintiff and Defendants have agreed that initial disclosures will be made 30 days after the filing of this plan. Aside from that date, both parties do not believe that any changes should be made to the timing, form or requirement for disclosures under subdivision Rule 26 or by local rule. The parties do not believe that any changes should be made to the limitations on discovery imposed under the Federal Rules of Civil Procedure or the local rules.**

   B.   When and to whom the plaintiff anticipates they may send interrogatories.

   **Plaintiff intends to serve interrogatories on Defendant Target Stores within 90 days of the filing of this plan.**

   C.   When and to whom Defendant anticipates they may send interrogatories.

   **Defendant Target Stores intends to serve interrogatories on Plaintiff within 90 days of the filing of this plan.**

   D.   Of whom and by when Plaintiff anticipates taking oral depositions.

   **Plaintiff anticipates deposing a corporate representative of Defendant Target Stores. As the case proceeds, Plaintiff may determine that additional depositions are necessary.**

   E.   Of whom and by whom Defendant anticipates taking oral depositions.

   **Defendant Target Stores will take the deposition of the Plaintiff. As the case proceeds, Defendants may determine that additional depositions are necessary.**

F. When the Plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

**Plaintiff anticipates designating expert witnesses within 120 days after the filing of this report. Defendants anticipate designating responsive expert witnesses within 150 days after the filing of this report.**

G. List expert depositions the Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Currently, Plaintiff does not anticipate taking any expert depositions. As the case proceeds, however, it may become apparent expert depositions are necessary.**

H. List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Currently, Defendants do not anticipate taking any expert depositions. As the case proceeds, however, it may become apparent expert depositions are necessary.**

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

    **None.**

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

    **None.**

12. State the date the planned discovery can reasonably be completed.

    **Plaintiff and Defendants anticipate that discovery can reasonably be completed within 270 days of the filing of this suit.**

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

    **The parties will discuss the possibility of settlement.**

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

    **The parties have agreed to discuss settlement.**

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

**In the event the parties are unable to reach a settlement, the parties believe mediation may be appropriate after an opportunity for substantial discovery.**

16. Magistrate judges may now hear jury and non-jury trials. Indicate that parties' joint position on a trial before a magistrate judge.

    **The parties do not agree to trial by a magistrate judge.**

17. State whether a jury demand has been made and if it was made on time.

    **Yes.**

18. Specify the number of hours it will take to present evidence in this case.

    **The parties anticipate that it will take approximately three days (24 hours) to present the evidence in this case.**

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **None.**

20. List other motions pending.

    **None.**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    **None.**

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

    **Miguel Salinas**
    **Attorney-in-Charge**
    **State Bar No. 17534750**
    **Southern District of Texas Bar No. 15171**
    **Law Office of Miguel Salinas**
    **803 Old Port Isabel Road**
    **Brownsville, Texas 78521**
    **Telephone: (956) 550-1115**
    **Telecopier: (956) 550-1134**
    **ATTORNEY FOR PLAINTIFF**

**Robert S. Nichols**
**Attorney-in-Charge**
Texas Bar No. 15006400
Federal I.D. No. 17118
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza – South Tower
800 N. Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone: (361) 882-6644
**Facsimile:** (361) 882-6659
**ATTORNEY FOR DEFENDANTS TARGET STORES AND TRACY CASTILLO**

Dated: May 28, 2004

Respectfully submitted,

*/s/ Robert S. Nichols by perm MS*

Robert S. Nichols
Attorney-in-Charge
Federal I.D. No. 17118
State Bar No. 15006400
2000 One Shoreline Plaza – South Tower
800 N. Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone No.: (361) 882-6644
Telecopier No.: (361) 882-6659

OF COUNSEL:
BRACEWELL & PATTERSON, L.L.P.

**ATTORNEY FOR DEFENDANT TARGET STORES AND TRACY CASTILLO**

Respectfully submitted,

*/s/ Miguel Salinas*

Miguel Salinas
Attorney-in-Charge
State Bar No. 17534750
Southern District of Texas Bar No. 15171
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521
Telephone: (956) 550-1115
Telecopier: (956) 550-1134
**ATTORNEY FOR BEVERLY LASOURD**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Discovery/Case Management Plan was delivered by certified mail, return receipt requested on this the 28th day of May 2004, as follows:

Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521

_____
Robert S. Nichols