## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 06 — 14 — 04 |
| TIME | a.m. — a.m.<br>3:45 p.m. — 4:00 p.m. |
| CIVIL ACTION | B — 04 — 67 |
| STYLE | BEVERLY LASOURD<br>*versus*<br>TARGET STORES AND TRACY CASTILLO |



United States District Court
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;        (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):    Miguel Salinas
Attorney(s) for Defendant(s):    Robert Scott Nichols

---

Comments:

Parties agree the case is very straight forward. Pl simply reiterated the facts alleged in his complaint.
Intentional Infliction of Emotional Distress: Pl accused of being a thief and not just of violating policy.
Scheduling order will be entered. No pending motions at this time.