United States District Court
Southern District of Texas
FILED

JUN 1 5 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BEVERLY LASOURD,<br>*Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. B-04-067 |
| TARGET STORES AND TRACY CASTILLO,<br>*Defendant.* | § § § § | |

### STIPULATION OF DISMISSAL OF DEFENDANT TRACY CASTILLO

Defendants, Target Stores and Tracy Castillo, and Plaintiff, Beverly Lasourd, hereby stipulate that all claims against Defendant Tracy Castillo are hereby dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Therefore, Defendant Tracy Castillo is no longer a party to this cause.

_____   6/15/04
Miguel Salinas              Date
Attorney-in-Charge
State Bar No. 17534750
Southern District of Texas Bar No. 15171
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521
Telephone: (956) 550-1115
Telecopier: (956) 550-1134
**ATTORNEY FOR PLAINTIFF BEVERLY LASOURD**

_____   6/15/04
Robert S. Nichols           Date
Attorney-in-Charge
State Bar No. 15006400
Southern District of Texas Bar No. 17118
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza – South Tower
800 N. Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone: (361) 882-6644

Facsimile: (361) 882-6659
**ATTORNEY FOR DEFENDANTS**
**TARGET STORES AND TRACY CASTILLO**