| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| BEVERLY LASOURD | § | |
|---|---|---|
| vs. | § | Civil Action No. B- 04-67 |
| TARGET STORES AND TRACY CASTILLO | § | |

United States District Court
Southern District of Texas
ENTERED

JUL 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3 - 4__ days.   ☐ Bench  ■ Jury

2. New parties must be joined by:   7/19/2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   9/29/2004

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   1/10/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:   2/10/2005

7. Joint pretrial order is due:   5/11/2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   5/25/2005

9. Jury Selection is set for 9:00 a.m. on:   6/6/2005
   *(The case will remain on standby until tried)*

Signed _July 14_, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge