United States District Court
Southern District of Texas
FILED

NOV 1 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BEVERLY LASOURD, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-067 |
| | § | |
| TARGET STORES, | § | |
| *Defendant.* | § | |
| | § | |

**UNOPPOSED MOTION OF DEFENDANT TARGET STORES FOR LEAVE TO FILE
ITS FIRST AMENDED ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

Target Stores, Defendant in the above-numbered and styled cause, files this Unopposed Motion for Leave to File its First Amended Answer to Plaintiff's Original Petition, and in support, would show the Court as follows:

1. This suit was filed in the 107th District Court of Cameron County, Texas on March 19, 2004. Defendant filed its original answer to the complaint on April 9, 2004.

2. Defendant filed a Notice of Removal on April 14, 2004.

3. Since the time of the filing of that answer, Defendant has engaged in additional factual discovery and analysis of the case. On Tuesday, November 9, 2004, Defendant took the oral deposition of Plaintiff. Based upon that additional analysis, Defendant wishes to modify its answer by specifically addressing each allegation in Plaintiff's Original Petition and by adding a number of affirmative defenses.

4. Under the liberal pleading amendment standards embodied by Rule 15(a) of the Federal Rules of Civil Procedure, the Court should grant Defendant's leave to file its first amended answer. *See, e.g., Lowrey v. Texas A&M Univ. Sys.*, 117 F.3d 242, 245 (5th Cir. 1997).

5. Defendant has attached hereto as Exhibit 1 Defendant Target Stores' First Amended Answer to Plaintiff's Original Complaint.

6. This motion is not brought for purposes of delay and would not affect the trial date or other deadlines in this case or prejudice Plaintiff. This case is not set for trial for approximately seven (7) months. Specifically, the trial date is June 6, 2005.

## PRAYER

WHEREFORE, Defendant respectfully requests that the Court grant this unopposed motion for leave and order the Clerk to file Defendant's First Amended Answer to Plaintiff's Original Petition attached hereto as Exhibit 1.

Dated: November 11, 2004

Respectfully submitted,

*[signature: Robert S. Nichols by permission Colleen McHugh]*

OF COUNSEL:
BRACEWELL & PATTERSON, L.L.P.

Robert S. Nichols
Attorney-in-Charge
State Bar No. 15006400
2000 One Shoreline Plaza - South Tower
800 N. Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone No.: (361) 882-6644
Telecopier No.: (361) 882-6659

**ATTORNEYS FOR DEFENDANT TARGET STORES**

## CERTIFICATE OF CONFERENCE

Defendant's counsel has conferred with Plaintiff's counsel concerning this motion. Plaintiff is unopposed to this motion.

*[signature: Robert S. Nichols by permission Colleen McHugh]*
Robert S. Nichols

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document has been sent by certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure on this the 11th day of November, 2004, to the following:

Mr. Miguel Salinas
LAW OFFICE OF MIGUEL SALINAS
803 Old Port Isabel Rd.
Brownsville, Texas 78521

_____
Robert S. Nichols