IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BEVERLY LASOURD,<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-04-067 |
| | § | |
| TARGET STORES,<br>*Defendant.* | §<br>§<br>§<br>§ | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANT TARGET STORES' FIRST AMENDED ANSWER TO PLAINTIFF'S ORIGINAL PETITION

The matter before the Court is the Unopposed Motion of Defendant Target Stores for Leave to File its First Amended Answer to Plaintiff's Original Petition. After considering Defendant Target Stores' Motion and First Amended Answer to Plaintiff's Original Petition, the status of this case, and the liberal rules for allowing amended pleadings under the Federal Rules of Civil Procedure, the Court is of the opinion that the Unopposed Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Unopposed Motion of Defendant Target Stores for Leave to File its First Amended Answer to Plaintiff's Original Petition is hereby granted and the clerk is ordered to file Defendant Target Stores' First Amended Answer to Plaintiff's Original Petition, which is attached to the Motion as Exhibit 1, in the official record of this case.

SIGNED this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE