IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BEVERLY LASOURD | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action B-04-67 |
| TARGET STORES | § § § | |
| Defendant. | § § | |

### ORDER

BE IT REMEMBERED that on December 1, 2004, the Court considered defendant Target Stores' Unopposed Motion for Leave to File Its First Amended Answer to Plaintiff's Original Petition [Dkt. No. 9]. The Motion [Dkt. No. 20] is hereby **GRANTED**.

DONE at Brownsville, Texas, this 1st day of December, 2004.

_____
Hilda G. Tagle
United States District Judge