IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 3 2005

Michael N. Milby
Clerk of Court

| BEVERLY LASOURD, | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. B-04-067 |
| | § |
| TARGET STORES, | § |
| Defendant. | § |
| | § |

### DEFENDANT TARGET STORES' NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** of the following change of address for counsel representing Defendant, Target Stores:

Robert S. Nichols
Bracewell & Patterson, L.L.P.
711 Louisiana, Suite 2900
Houston, Texas 77002
(713) 221-1259
(713) 222-3269 – facsimile

This notice is effective immediately. Counsel for Defendant requests that all future correspondence, pleadings, and notices from the court be forwarded to Defendant at the address listed above. No delay shall occur due to this change.

Dated: December 29, 2004                                Respectfully submitted,

BRACEWELL & PATTERSON, L.L.P.    Robert S. Nichols
State Bar No. 15006400
711 Louisiana, Street, Suite 2900
Houston, Texas 77002-2781
Telephone No.:  (713) 221-1259
Telecopier No.:  (713) 222-3269

**ATTORNEYS FOR TARGET CORPORATION**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded **via Facsimile** in accordance with the Federal Rules of Civil Procedure on this 29th day of December 2004, as follows:

Mr. Miguel Salinas
LAW OFFICE OF MIGUEL SALINAS
803 Old Port Isabel Rd.
Brownsville, Texas 78521

                                              Robert S. Nichols