## APPENDIX

## Table of Contents

**Tab**

1    DECLARATION OF TRACY CASTILLO (Appendix pages 1-2)

2    DECLARATION OF RAMONA GUTIERREZ (Appendix pages 3-4)

3    *Buckley v. Donohue Industries, Inc.*, 100 Fed. Appx. 275 (5th Cir. 2004) (Appendix Pages 5-8)

4    *Read v. B.T. Alex Brown, Inc.*, 72 Fed. Appx. 112 (5th Cir. 2003) (Appendix Pages 9-18)

5    *Stopka v. Alliance of American Insurers*, 3 Wage & Hour Cas.2d (BNA) 1298 (N.D. Ill. 1996) (Appendix Pages 19-28)

6.   CITED PAGES AND EXHIBIT OF ORAL DEPOSITION OF BEVERLY LASOURD (Appendix Pages 29-54)