IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BEVERLY LASOURD,<br>    Plaintiff | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-04-067 |
| | § | |
| TARGET STORES,<br>    Defendant | §<br>§<br>§ | |

## ORDER

On this day came before this Court Defendant's Motion for Summary Judgment ("Motion"). The Court, having fully considered the pleadings, the Motion, and summary judgment evidence, finds that Defendant's Motion for Summary Judgment should be granted. It is therefore,

ORDERED that Defendant's Motion for Summary Judgment is hereby GRANTED.

ORDERED that Plaintiff Beverly Lasourd take nothing by her suit, and that any and all of Plaintiff's claims are DISMISSED WITH PREJUDICE.

ORDERED that all costs shall be paid by the party incurring same.

SIGNED this _____ day of _____ 2005.


_____
HONORABLE HILDA G. TAGLE
UNITED STATES DISTRICT COURT JUDGE